IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY SCHREMPP, Personal Representative of the Estate of Lori Schrempp, and WAUSAU INSURANCE COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:06CV3197 |
| vs. | ) ) | ORDER |
| ROCKY MOUNTAIN HOLDINGS CO., AIR METHODS CORPORATION, AMERICAN EUROCOPTER CORP., EUROCOPTER SAS, DUNLOP LIMITED, and SOCIETE D'APPLICATIONS DES MACHINES MOTRICES, a.k.a. SAMM, | ) ) ) ) ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the motion for leave to withdraw of Ralph V. Pagano as counsel for Dunlop Limited (Filing No. 34). The court notes other counsel represents Dunlop Limited. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion to withdraw (Filing No. 34) Ralph V. Pagano as counsel for Dunlop Limited is granted.

2. The Clerk of Court shall stop all electronic notices to Ralph V. Pagano regarding this case.

DATED this 2nd day of October, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge