IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFFREY SCHREMPP, Personal Representative of the Estate of LORI SCHREMPP, and WAUSAU INSURANCE COMPANY, INC.,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **4:06CV3197** |
| vs. | ) ) | **ORDER** |
| **ROCKY MOUNTAIN HOLDINGS CO., AIR METHODS CORPORATION, AMERICAN EUROCOPTER CORP., EUROCOPTER SAS, and DUNLOP LIMITED,** | ) ) ) ) ) ) | |
| **Defendants,** | ) ) | |
| **SOCIETE D'APPLICATIONS DES MACHINES MOTRICES, a.k.a. SAMM,** | ) ) ) | |
| **Defendant and Third-Party Plaintiff,** | ) ) ) | |
| vs. | ) ) | |
| **PAMELA MANSKE, Special Administrator of the Estate of PHILLIP HERRING, and ROCKY MOUNTAIN HOLDINGS CO.,** | ) ) ) ) ) | |
| **Third-Party Defendants.** | ) ) | |

This matter is before the court on the motion of Defendants, Rocky Mountain Holding Company, LLC ("Rocky Mountain") and Air Methods Corporation ("Air Methods') for a extension of time in which to file a report to the Court pursuant to Fed. R. Civ. P. 26(f) (Filing No. 65). The motion is granted. The parties shall have to **on or before January 22, 2007,** in which to file such report.

**IT IS SO ORDERED.**

DATED this 29th day of December, 2006.

                   BY THE COURT:

                    s/Thomas D. Thalken
                   United States Magistrate Judge